Hon. Ronald B. Leighton

03-CV-05531-MISC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

ANN MORGAN and GENNY SMITH,

    Intervenors,

v.

HANNAH MOTOR COMPANY and
BRYAN LINDSAY and the marital
community comprised thereof,

    Defendants.

Case No. C03-5531 RBL

CONSENT DECREE

## I. INTRODUCTION

1.    This action originated with a charge of employment discrimination filed with the Washington State Human Rights Commission ("WSHRC") and the Equal Employment Opportunity Commission ("the Commission") on April 1, 2002 by Ann R. Morgan ("Charge"). The Charge alleged that Hannah Motors Company d/b/a Dick Hannah Dealerships ("the Company") subjected Morgan to sexual harassment by

Consent Decree - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

General Sales Manager Bryan Lindsay because of her gender and terminated her employment in retaliation for having complained of Lindsay's sexual harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII") and the Washington State Law Against Discrimination. EEOC found reasonable cause to believe the Charge to be true and that Genny Smith was a similarly situated class member who was also sexually harassed by Lindsay and that Smith was constructively discharged. The Company denies that it discriminated against Ms. Morgan, Ms. Smith or any other employee in any manner.

2.  Following the issuance of a Letter of Determination and the failure of conciliation efforts, the Commission filed a lawsuit under Title VII against the Company on September 29, 2003.

3.  The parties want to conclude the claims arising out of the charge, the Commission's determination with regard to the charge, and the lawsuit arising from the charge, without expending further resources in contested litigation.

## II. NONADMISSION OF LIABILITY AND NONDETERMINATION BY THE COURT

4.  This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by the Company of a violation of any law.

## III. SETTLEMENT SCOPE

5.  This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices included in the Charge, in the Commission's Letter of

Consent Decree - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

Determination and in the Commission's complaint filed in the case that were or could have been brought based on the administrative charge, including all individual and all class claims, as well as claims by the parties and/or class members for attorney fees and costs. The injunctive relief provisions of this Consent Decree apply to all of the Company's facilities in the State of Washington and is final and binding as to all such issues and claims.

## IV. MONETARY RELIEF

6. In settlement of this suit, the Company agrees to pay Four Hundred Fifty Thousand Dollars and No Cents ($450,000.00) to Ms. Morgan and One Hundred Twenty-Five Thousand Dollars and No Cents ($125,000.00) to Ms. Smith in settlement and satisfaction of all claims for monetary relief which were or could have been asserted in the case by them. Payment of settlement proceeds to Ms. Morgan and Ms. Smith will be made in the following manner:

    a. Ms. Morgan, Ms. Smith and the company will enter into a private release agreement to which the EEOC is not a party.

    b. Upon receipt by the Company of the signed release agreements, the Company shall, within fourteen days issue a check to Ms. Morgan and Ms. Smith in the amounts specified in this paragraph and issue to them a Form 1099. All checks shall be mailed by first class mail to The Blankenship Law Firm, P.S.

    c. Within 5 days of mailing the checks, the Company will verify the mailing by providing to the EEOC copies of the checks and a Declaration

Consent Decree - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

of an appropriate company official attesting that the Company mailed the checks in compliance with the Decree.

d.   Individuals receiving payments under the Decree bear the ultimate responsibility for the tax consequences of the payments received.

## V. INJUNCTIVE RELIEF

### A.   General Provisions

7.   The Company reaffirms its commitment to continue to comply with the requirements of Title VII and all other federal laws against discrimination in its employment decisions. To further this commitment, it shall monitor its affirmative obligations under this Consent Decree.

8.   The Company shall not retaliate against any current or former employee for opposing any practice made unlawful by Title VII. Nor shall the Company retaliate against any current or former employee for making a charge or for testifying, assisting, or participating in any investigation, proceeding, or hearing associated with the case.

9.   The Company will not disclose any information or make references to any charge of discrimination or this lawsuit in responding to requests for information about Ann Morgan or Genny Smith.

### B.   Policies Designed to Prevent Harassment and Discrimination

10.   The Company agrees that it shall impose substantial discipline -- up to and including termination of employment, suspension without pay or demotion -- upon any supervisor or manager who engages in discrimination, sexually harasses any employee or who retaliates against any person who complains or participates in any

Consent Decree - Page 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

investigation or proceeding concerning any such conduct. The Company shall communicate this policy to all of its supervisors and managers.

11. The Company agrees that it shall continue to advise all managers and supervisors of their duty to ensure compliance with the company's EEO policy, and to report any incidents and/or complaints of discrimination, harassment or retaliation of which they become aware. Consistent with this commitment, within thirty (30) days after entry of this Decree by the Court, the Company shall designate an individual ("EEO coordinator") to be responsible for all aspects of the Company's EEO policy and complaint process, and this individual shall have training and experience in EEO management. The EEO coordinator will ensure that all managers and employees understand these procedures and policies.

12. The company agrees to revise its employee appraisal process to include "commitment to equal employment opportunity" as a criterion for qualification and performance evaluation for employees holding supervisory positions.

C. **Training**

13. Within the first six (6) months following entry of this decree, the Company will ensure at least six (6) hours of employment discrimination training, including training on sexual harassment, is provided annually each year of the decree for all managers and employees in the Company's locations covered by this Consent Decree. The Company will provide the training program plan and materials within ninety (90) days after entry of this Decree.

14. The Company will notify the EEOC of the completion of the training and will

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

specify the names and job titles of the employees who participated in and completed the training as part of its annual reporting to the EEOC.

D. **Reporting**

13. Six (6) months after entry of this Consent Decree and every six (6) months for the term of this Consent Decree, the Company shall provide a report to the Commission on the Company's compliance with the Consent Decree. The Compliance Report shall include the following:

(a) a summary of complaints of sexual harassment and retaliation, if any, in any facility covered by this Decree and any resulting internal investigations conducted pursuant to the Company's anti-discrimination policies during the preceding six-month period. The report will describe the resolution of each complaint;

(b) certification that the Company completed six (6) hours of EEO training for managers and employees within the first six (6) months following entry of this decree and six (6) hours of training annually for each year thereafter for the duration of this decree. The Company will provide the lists of attendees for all such training;

(c) copies of the attendee lists, evaluations, and materials for all training required by this Decree.

If the Company has not complied with any term of the Consent Decree, the Company shall provide a statement specifying the areas of noncompliance, the reason(s) for the noncompliance, and the steps taken to bring the Company into compliance.

Consent Decree - Page 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## VI. ENFORCEMENT

14. The United States District Court for the Western District of Washington shall retain jurisdiction over this matter for the duration of the Consent Decree. If the Commission concludes that the Company has breached any of the above provisions, it shall promptly notify the Company providing a written statement of the alleged breach. The parties shall attempt to resolve the dispute for a period not to exceed thirty (30) days after the Commission's notification of the alleged breach. If the Commission is unable to resolve the dispute to its satisfaction, the Commission may bring an action to enforce this Decree.

## VII. TERMINATION OF DECREE

15. This Consent Decree shall be in effect for three (3) years commencing with the date the Consent Decree is entered by the Court. If the Commission petitions the Court and the Court finds the Company to have violated the terms of the Consent Decree, the Court may extend the period of the Consent Decree and award the Commission its costs in bringing an enforcement action.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1         DATED this ___28th___ day of ___March___, 2005.

2   A. LUIS LUCERO, JR.                     ERIC S. DRIEBAND
3   Regional Attorney                       General Counsel

4   JOHN F. STANLEY                       JAMES L. LEE
    Acting Supervisory Trial Attorney       Deputy General Counsel
5

6   WESLEY KATAHIRA                     GWENDOLYN YOUNG REAMS
    Senior Trial Attorney                     Associate General Counsel
7
    BY: ____/s/ A. Luis Lucero, Jr._____
8

9   EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
10  Seattle District Office                  Office of the General Counsel
    909 First Avenue, Suite 400          1801 "L" Street NW
11  Seattle, Washington 98104           Washington, D.C. 20507
    Telephone (206) 220-6918
12                       Attorneys for Plaintiff EEOC

13

14  Dated: __March 28, 2005__._____

15

16

17  BY: _____/s/ Stephen P. Rickles_____
           Stephen P. Rickles, WSBA # 21248
18          The Rickles Law Firm, PC

19                         Attorneys for Defendant

Consent Decree - Page 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882